## Commonwealth ex rel. Brown, Appellant, *v.* Rundle.

Submitted March 9, 1970. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth ex rel. Cuff *v.* Cuff, Appellant.

Argued March 23, 1970. *Joseph L. Torak,* with him *Torak, Heuser and Grant,* for appellant; *William R. Cooper,* for appellee.

Order affirmed.

## Commonwealth ex rel. Kargher, Appellant, *v.* Kargher.

Argued March 17, 1970. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Jay D. Barsky,* with him *Silver & Barsky,* for appellee.

Order affirmed.